IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DANIEL M. BARLEY, #260262, | ) |
| | ) |
|     Plaintiff, | ) |
| | ) |
| v. | )   CIVIL ACTION NO. 2:11-CV-974-MHT |
| | )                            [WO] |
| | ) |
| ROBERT BENTLEY, *et al.*, | ) |
| | ) |
|     Defendants. | ) |

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

This 42 U.S.C. § 1983 action is pending before the court on a complaint filed by Daniel M. Barley ["Barley"], an indigent state inmate, challenging conditions to which he was subjected during his previous incarceration at the Elmore Correctional Facility. The record establishes that Barley is no longer incarcerated in the state prison system.

On October 2, 2014, the court entered an order requiring Barley to "inform the court of whether he seeks to proceed with this cause of action." *Doc. No. 49*. Barley was specifically cautioned "that if he fails to file a response in compliance with this order the court will construe such failure as a lack of interest in proceeding herein and will enter a Recommendation that this case be dismissed." *Id*. The time allotted Barley for filing a response in compliance with the directives of this order expired on October 9, 2014.

As of the present date, Barley has filed no response to the order entered on October 2, 2014. It is therefore clear that Barley has lost interest in the continued prosecution of this civil action and no longer seeks to proceed before this court. In light of the foregoing, the court concludes that this case should be dismissed. *See Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (As a general

rule, where a litigant has been forewarned, dismissal for failure to obey a court order is not an abuse of discretion.).

For the above stated reasons, it is the RECOMMENDATION of the Magistrate Judge that this case be dismissed without prejudice. It is further

ORDERED that the parties are DIRECTED to file any objections to the said Recommendation on or before **November 5, 2014**. Any objections filed must specifically identify the findings in the Magistrate Judge's Recommendation to which the party is objecting. Frivolous, conclusive, or general objections will not be considered by the District Court. The parties are advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file written objections to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982); s*ee Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th Cir. 1982); s*ee also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) (*en banc*) (adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981).

Done this 22nd day of October, 2014.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE